UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVATORI AVINI,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY OLIVE VIEW HOSPITAL, et al.,<br><br>Defendants. | NO. CV 19-9300-SVW (AGR)<br><br>ORDER OF DISMISSAL |

On November 20, 2019, the Court dismissed Plaintiff's Complaint with leave to file a First Amended Complaint within 30 days after entry of the order. The Court warned Plaintiff that failure to file a timely First Amended Complaint will result in dismissal of this action. (Dkt. No. 5.)

Plaintiff failed to file a First Amended Complaint or request an extension of time to do so.

Accordingly, IT IS ORDERED that this action is DISMISSED.

**IT IS SO ORDERED.**

DATED: January 28, 2020

_____
STEPHEN V. WILSON
United States District Judge